**2008–0429. State v. Sanchez.**
Greene App. No. 06–CA–154, 2007-Ohio-6697. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Decision and Entry filed February 6, 2008:

"Pursuant to *[State v.] Foster* [109 Ohio St.3d 1, 2006-Ohio-856], has R.C. 2929.14(D)(3)(b) been severed in its entirety, thereby precluding a trial court from imposing an additional sentence upon a person found to be a major drug offender? Alternatively, has the court's decision in *Foster* severed only the violative portion of R.C. 2929.14(D)(3)(b) that required the trial court to engage in judicial fact finding before imposing an add-on sentence?"

The conflict cases are *State v. Pena,* Franklin App. No. 06AP–688, 2007-Ohio-4516, and *State v.*

*Foster,* Wood App. No. WD–06–013, 2007-Ohio-1524.

Sua sponte, cause consolidated with 2008–0215, *State v. Sanchez,* Greene App. No. 06–CA–154, 2007-Ohio-6697.